IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PHUONG THOA HA,                                      No.  3:20-cv-00137-AR

           Plaintiff,                                   ORDER

    v.

EQUIFAX INFORMATION SERVICES
LLC and CIC MORTGAGE CREDIT
INCORPORATED,

           Defendant(s).

HERNÁNDEZ, District Judge:

    Magistrate Judge Armistead issued a Findings and Recommendation on June 9, 2023, in which he recommends that this Court deny CIC's motion for summary judgment. F&R, ECF 83. The matter is now before the Court pursuant to 28 U.S.C. § 636(b)(1)(B) and Federal Rule of Civil Procedure 72(b).

1 - ORDER

Defendant filed timely objections to the Magistrate Judge's Findings and Recommendation. Def. Obj., ECF 86. When any party objects to any portion of the Magistrate Judge's Findings and Recommendation, the district court must make a *de novo* determination of that portion of the Magistrate Judge's report. 28 U.S.C. § 636(b)(1); *Dawson v. Marshall*, 561 F.3d 930, 932 (9th Cir. 2009); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc).

The Court has carefully considered Defendant's objections and concludes that there is no basis to modify the Findings and Recommendation. The Court has also reviewed the pertinent portions of the record *de novo* and finds no error in the Magistrate Judge's Findings and Recommendation.

## CONCLUSION

The Court adopts Magistrate Judge Armistead's Findings and Recommendation [83]. Therefore, Defendant's Motion for Summary Judgment [ECF 51] is DENIED.

IT IS SO ORDERED.

DATED: __September 25, 2023____.

_____
MARCO A. HERNANDEZ
United States District Judge

2 - ORDER